THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. 14-00264-CG-C |
| | * |
| One 2000 Chevrolet 3500 HD Truck, et al., | * |
| | * |
| | * |
| Defendants | * |

**ORDER OF FORFEITURE**

This matter is before the Court on the plaintiff's Motion For Order and Judgment of Forfeiture. (Doc. 58).

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. This Court has jurisdiction over the subject matter, and the Verified Complaint states a claim upon which relief may be granted.

2. In accordance with the Verified Complaint, the plaintiff's motion, and the plaintiff's settlement agreements with Claimant Williams, the defendants, one 2000 Chevrolet 3500 HD truck, VIN# 1GBKC34JXYF437215; one 2011 Harley Davidson Ultra Motorcycle, VIN# 1HD1FC414BBG39222; one 2001 Acura 3.2 CL Sedan, VIN# 19UYA42431A014155; one 2001 Harley Davidson Electra

Motorcycle VIN# 1HD1FLW131YG34456[1]; One 1988 Chevrolet Monte Carlo Sedan, VIN# 1G1GZ11H2JP111973; One 2012 Unknown make and model car trailer, VIN# 5VTBE1822CRBB1138, are **ordered** to forfeited to the plaintiff, the United States of America, pursuant to 21 U.S.C. § 881(a)(6), for disposition according to law.

      3.    Likewise, in accordance with the same pleadings and plaintiff's settlement agreement with claimant Broughton, the defendant, one 2011 Cadillac Escalade, VIN# 1GYS3CEF9BR320991, is **ordered** to forfeited to the plaintiff, the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A), for disposition according to law.

      4.    A separate Judgment shall be entered.

      5.    This Order and the accompanying Judgment resolving all matters and issues joined in this action, the Clerk of Court is directed to close this file for administrative and statistical purposes.

      **DONE and ORDERED** this 9th day of November, 2015.

                                                /s/ Callie V. S. Granade
                                               UNITED STATES DISTRICT JUDGE

---

[1] As to the 2001 Harley Davidson, through his/her attorney, potential claimant Hayden Toney filed a claim which did not meet the requirements of Supplemental Rule G(5)(a)(i)(C), and failed to file an answer. (Doc.22). In accordance with Rule G(8)(c)(i)(A) and (B) and on plaintiff's motion, that claim is ordered stricken.