THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  *  <br> * <br> Plaintiff, * <br> v.                                                                 *    CIVIL ACTION NO. 14-00264-CG-C <br> * <br> One 2000 Chevrolet 3500 HD Truck, et * <br> al.,                                                                * <br> * <br> Defendants                                     * | |

# FINAL JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Order and Judgment of Forfeiture (Doc. 58) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1.   The defendants, one 2000 Chevrolet 3500 HD truck, VIN# 1GBKC34JXYF437215; one 2011 Harley Davidson Ultra Motorcycle, VIN# 1HD1FC414BBG39222; one 2001 Acura 3.2 CL Sedan, VIN# 19UYA42431A014155; one 2001 Harley Davidson Electra Motorcycle VIN# 1HD1FLW131YG34456; One 1988 Chevrolet Monte Carlo Sedan, VIN # 1G1GZ11H2JP111973; One 2012 Unknown make and model car trailer, VIN# 5VTBE1822CRBB1138, are **ordered** to forfeited to the plaintiff, the United States of America, for disposition according to law.

2.     Likewise, in accordance with the same pleadings and plaintiff's settlement agreement with claimant Broughton, the defendant one 2011 Cadillac Escalade, VIN# 1GYS3CEF9BR320991, is **ordered** to forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 9th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE